IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HERIBERTO BOJORQUEZ-GUTIERREZ and DIANA BOJORQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CHINA CAFETERIA FOOD GROUP, LLC, MTFG CHINA I, LLC, and MICHAEL TIEN,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-1439-MHC |

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement [Doc. 21] ("Joint Motion").

The Court has reviewed the Settlement Agreement and Mutual Release ("Settlement Agreement"), filed as Exhibit 1 to the Joint Motion [Doc. 21-1], to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the

Settlement Agreement are fair, reasonable, and represent an adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where all parties had legal representation.

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts shall be made as provided in the Settlement Agreement. The costs of litigation, including attorneys' fees, shall be paid as set forth in the Settlement Agreement.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 21] and **APPROVES** the parties' Settlement Agreement and releases and hereby **DISMISSES** all claims against Defendants in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 14th day of November, 2016.

_____
MARK H. COHEN
United States District Judge